No. 69452.—Ross Products, Inc. *v.* United States, protest 60/9862 (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of battery-operated mixers similar in all material respects to those the subject of Abstract 68674, the claim of the plaintiff was sustained.